JOSIAS v. NIVOIS.

(Supreme Court, Appellate Term. November 29, 1907.)

APPEAL—RIGHT OF REVIEW—ESTOPPEL—ENTRY BY APPELLANT OF ORDER.

　　Where an order denying an application to vacate and set aside a verdict and the judgment entered thereon recites that it was entered upon defendant's motion, he cannot appeal therefrom.

　　[Ed. Note.—For cases in point, see Cent. Dig. vol. 2, Appeal and Error, § 970.]

Appeal from City Court of New York.

Action by Herman Josias against Victor Nivois. From an order denying defendant's motion to set aside a verdict, he appeals. Appeal dismissed.

Argued before GILDERSLEEVE, P. J., and LEVENTRITT and ERLANGER, JJ.

Harry L. Herzog (Moses Cowen, of counsel), for appellant.
Herbert R. Limburg, for respondent.

PER CURIAM. The defendant appeals from an order denying his application to vacate and set aside the verdict in this action, and the judgment entered thereupon, for the special reasons mentioned in the notice of motion. The order recites that it was entered upon his mo-

tion. The order is not appealable. Raymond v. Tiffany, 115 App. Div. 350, 100 N. Y. Supp. 807. The appeal must therefore be dismissed.

Appeal dismissed, with $10 costs and disbursements.